# UNITED STATES DISTRICT COURT
for the

Western District of Missouri

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 03-00308-01-CR-W-ODS |
| BARRY D. PURNELL ) | USM No: 16346-045 |
| Date of Original Judgment: 04/14/2004 ) | |
| Date of Previous Amended Judgment: 12/12/2008 ) | STEVE MOSS, AFPD |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __135__ months **is reduced to** __time served*__.

*(Complete Parts I and II of Page 2 when motion is granted)*

* stayed 15 for days, with special condition for defendant to reside in, and satisfactorily participate in a Residential Re-entry Center program, until discharged by the center director after consultation with the Probation Office, for a period not to exceed 60 days.

Except as otherwise provided, all provisions of the judgment dated __04/14/2004__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 11/17/2011      s/ Nanette K. Laughrey
*Judge's signature*

Effective Date:      NANETTE LAUGHREY, United States District Judge
*(if different from order date)*      *Printed name and title*